No. 81–2266. TUROSO ET AL. *v.* CLEVELAND MUNICIPAL COURT ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE

BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and vacate the convictions.